1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  KENNY JOHN MOLINA ROJAS,            Case No. SACV 16-0700 ODW (SS)

12              Petitioner,

13      v.                               **JUDGMENT**

14  LORETTA F. LYNCH, Attorney
    General,
15
                Respondent.
16

17

18      Pursuant  to  the  Court's  Order  Dismissing  Habeas  Action

19  Without Prejudice,

20

21      IT  IS  HEREBY  ADJUDGED  that  the  above-captioned  action  is

22  dismissed without prejudice.

23

24  DATED: May 9, 2016

25                              _____
                                OTIS D. WRIGHT II
26                              UNITED STATES DISTRICT JUDGE

27

28